TOM OWENS v. STATE.

WILLIAM E. DELEHANT v. STATE.

PAUL RIAL v. STATE.

Nos. A-533, 560, 594. Opinion Filed May 9, 1911.

PER CURIAM. These are companion cases to No. A-515, J. C. Collins, plaintiff in error, v. State of Oklahoma, defendant in error (ante), decided at the last term of this court. For the reasons given in that case, these cases are reversed and remanded, with directions to the court below to grant each of the plaintiffs in error a new trial.

---

BUS CATON v. STATE.

No. A-536. Opinion Filed May 9, 1911.

Appeal from Murray County Court; Harry W. Fielding, Judge.

Bus Caton was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

C. B. Kendrick and Ira M. Roberts, for plaintiff in error.
Chas. West, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. Plaintiff in error was convicted at the November term of the county court of Murray county on a charge of unlawfully conveying whisky from one place in this state to another place therein, and judgment was announced against him on the 10th day of November, 1909, at which time he was allowed sixty days within which to perfect an appeal to this court. The appeal was not filed within the sixty days, and for that reason this court is without jurisdiction to review the same The appeal is dismissed and the county court of Murray county directed to enforce the judgment and sentence.